1 Daniel O. Jamison         #76880
John C. Peiffer II         #247282
2 **DOWLING, AARON & KEELER, INC.**
8080 North Palm Avenue, Third Floor
3 P.O. Box 28902
Fresno, California 93729-8902
4 Tel: (559) 432-4500 / Fax: (559) 432-4590

5 Attorneys for Plaintiff X-T&S Enterprises, a California general partnership

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| X-T&S ENTERPRISES, a California general partnership, | Case No. 1:07-CV-01346-LJO-GSA |
|---|---|
| Plaintiff, | **ORDER DISMISSING WITHOUT PREJUDICE THE UNITED STATES OF AMERICA AND UNITED STATES OF AMERICA DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE** |
| vs. | |
| DALLAS J. GLENN; CRESSA B. GLENN; STATE OF CALIFORNIA; STATE OF CALIFORNIA FRANCHISE TAX BOARD; STATE OF CALIFORNIA BOARD OF EQUALIZATION; STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT; UNITED STATES OF AMERICA; UNITED STATES OF AMERICA DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE; COUNTY OF FRESNO; GEORGE TRISTAO DBA MID-VALLEY PIPE & SUPPLY; INTERNATIONAL CREDIT RECOVERY; and DOES 1 through 50, inclusive, | |
| Defendants. | |

WHEREAS, Plaintiff X-T&S ENTERPRISES, a California general partnership, has requested a dismissal without prejudice of Defendants UNITED STATES OF AMERICA and UNITED STATES OF AMERICA DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE;



---

ORDER DISMISSING WITHOUT PREJUDICE THE UNITED STATES OF AMERICA AND UNITED STATES OF AMERICA DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE

1  IT IS ORDERED, ADJUDGED and DECREED THAT Defendants UNITED STATES OF AMERICA and UNITED STATES OF AMERICA DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE are dismissed without prejudice from the instant action.

Dated:   November 13, 2007

/s/ Lawrence J. O'Neill
JUDGE OF THE UNITED STATES
DISTRICT COURT

F:\WPD\100\10584\06\1852j1886.JCP.doc

