# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X-T&S ENTERPRISES, a California general partnership et.al., | 1:07cv1346 LJO- GSA |
| Plaintiffs, | ORDER GRANTING MOTION TO REMAND |
| v. | (Document 8) |
| DALLAS J. GLENN, et al., | |
| Defendants. | |

## INTRODUCTION

Plaintiffs X-T&S ENTERPRISES (Plaintiff) filed the instant motion to remand on October 12, 2007. Defendants have not filed an opposition to the motion.

This action for imposition of equitable lien, fraud and breach of contract relief was filed in the Fresno County Superior Court on August 9, 2007 by Plaintiff. Among the named defendants are the UNITED STATES OF AMERICAN, the DEPARTMENT OF TREASURY - IRS ("IRS"), the STATE OF CALIFORNIA, the STATE OF CALIFORNIA FRANCHISE TAX BOARD, the STATE OF CALIFORNIA BOARD OF EQUALIZATION, the STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, and the COUNTY OF FRESNO. Also named defendants are DALLAS J. GLENN, CRESSA B. GLENN, GEORGE TRISTAO DBA MID-VALLEY PIPE & SUPPLY, and INTERNATIONAL CREDIT RECOVERY.

On September 14, 2007, the UNITED STATES filed a notice of removal. On or about September 18, 2007, the matter was taken off calendar by the Fresno County Superior Court. On or about October 10, 2007, Plaintiff filed a request for order dismissing the UNITED STATES and the IRS without prejudice as parties. The request for dismissal was granted by Judge O'Neill on November 14, 2007. On October 10, 2007, Plaintiff also filed the instant motion to remand.

## DISCUSSION

As a preliminary matter, defendants have not filed any opposition to this motion. Further, the United States and the IRS have been dismissed. The only remaining causes of action are pendent state claims.

Under 28 § 1441 (c) this Court has discretion to decide whether to rule on the pendent state claims or remand them. This Court's decision to remand is guided by the principles of "economy, convenience, fairness, and comity." Carnegie-Mellon University v. Cohill, 484 U.S. 343, 357, 108 S.Ct. 614, 98 L.Ed.2d 720 (1988). In Carnegie-Mellon, the Court found that "in the usual case" the balance of factors will weigh toward remanding any remaining pendent state claims to state court. Id. at 350 n. 7.; Harrell v. 20th Century Ins. Co., 934 F. 2d 203, 205 (9th Cir. 1991) ("... it is generally preferable for a district court to remand remaining pendent claims to state court."). Given the remaining defendants in this case and the nature of the causes of action, it is most efficient, convenient, and fair, that the case be remanded. Accordingly, Plaintiff's motion to remand is HEREBY GRANTED and the Court HEREBY ORDERS this case be REMANDED to the Fresno County Superior Court.

IT IS SO ORDERED.

Dated:   **November 15, 2007**           /s/ **Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE

2